G. LAWRENCE MITCHELL, Respondent, v. MINNIE J. NESTER, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Memorandum. An issue which must be tried exists as to the fact of the employment of the plaintiff by the defendant, whether such employment be deemed an express or implied employment and if the employment is implied, an issue also exists as to the value of the plaintiff's services. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED SCHUMAKER, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied.

ELLA A. BATES, Individually and as Executrix, etc., of GEORGE E. BATES, Deceased, Respondent, v. GAIUS A. BRAUN, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

GEORGE A. WERNER, as Administrator, etc., of ANDREW WERNER, Deceased, Respondent, v. DEAN G. CRIPPEN and Others, Appellants.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Probate of the Last Will and Testament of GEORGE W. TOWER, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

HYMAN SWARTZ and Others, Appellants, v. WILLIAM F. DURNAN and Another, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

RAYMOND L. BOMMER, as Committee of the Person and Estate of PHILIP BENEDITTI, an Incompetent, Appellant, v. AMERICAN SURETY COMPANY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

JOSEPH FARRELLY, an Infant, etc., Respondent, v. JOHN ROEBLING'S SONS and Another, Appellants.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of WILLARD V. GLERUM for an Order Determining the Lien of WILLIAM L. CLAY and Another, Copartners, etc., on Certain Moneys Received in Their Capacity as Attorneys and Counselors at Law, etc.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of WILLIAM L. CLAY for an Order Determining His Lien upon Certain Moneys Received in His Capacity as Attorney at Law.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of MORGAN T. COAKLEY.— Proceeding dismissed on the ground that the petition fails to set forth sufficient specifications of professional misconduct to warrant this court entertaining further proceedings in this matter.

GEORGE L. CANFIELD, as Administrator, etc., of DALE E. CANFIELD, Deceased, Appellant, v. EASTERN GREYHOUND LINES, INC., OF NEW YORK, Respondent, Impleaded with JOSEPH A. AIDUKONIS and Another, Defendants.— Judgment and order affirmed, with costs. All concur.